In the Matter of the Claim of CHARLES KNIGHTS, Respondent, against ALBERT MORRIS et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Submitted October 2, 1934; decided October 16, 1934.)

*John J. Bennett, Jr.*, Attorney-General (*Henry Epstein* and *John R. O'Hanlon* of counsel), for appellant.

*Charles E. Spencer* and *M. J. Allen* for respondents.

Order affirmed, with one bill of costs to respondents against the State Industrial Board. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.